TERRENCE M. JACKSON, ESQ.
Nevada Bar No. #0854
Local Counsel
VICTOR T. GUTIERREZ, ESQ.
Florida Bar No. #250619
905 Brickell Bay Drive, Suite 530
Miami, FL 33131
(305) 374-7260

Counsel for Douglas Edward Phillips, III

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> -vs-<br><br>DOUGLAS EDWARD PHILLIPS, III<br><br>    Defendant. | Case No.: 2:09-CR-0154-KJD-RJJ<br><br>**STIPULATION**<br>(Fifth Request) |

    IT IS HEREBY STIPULATED AND AGREED by and between Daniel G. Bogden, United States Attorney, and Christina M. Brown, Assistant United States Attorney, counsel for the United States of America, and Victor T. Gutierrez, Esq., and Terrence M. Jackson, Esq., counsel for Defendant, DOUGLAS EDWARD PHILLIPS, III, that the trial in the above captioned matter, currently scheduled for July 12, 2010 at the hour of 9:00 a.m., be vacated and continued to a mutually agreed upon plea hearing date to be set by this Court, as soon as convenient for the Court, during the week of July 26, 2010, or anytime thereafter. Additionally, Ms. Christina Brown, AUSA, is unavailable August 4 and August 5, 2010.

    This Stipulation is entered into for the following reasons:

    1.    The Defendant has agreed to enter a plea of guilty but needs additional time to make travel arrangements for Defendant and counsel who are both out of state.

    2.    The parties are in settlement negotiations, and it is anticipated the Defendant will waive his right to jury trial and plead to the indictment as soon as scheduling can be confirmed.

3. The Defendant is not in custody and does not object to the continuance.

4. Denial of this request to vacate Trial date would deny counsel for the Defendant sufficient time to be present for the plea and assist Defendant during the taking of the plea.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. There have been four previous requests for continuance of the trial date sought/granted herein.

7. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

## CONCLUSIONS OF LAW

Based upon the fact that the Defendant has indicated he is prepared to enter a plea of guilty and will be waiving his right to trial and that scheduling needs require a brief continuance for a plea and the Defendant does not object to the continuance, nor does the government and denial of a continuance would be a miscarriage of justice; the Court hereby concludes that:

1. The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(8)(B(i) and 3161(h)(8)(B)(iv).

2. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny counsel for the Defendant sufficient time to assist Defendant during the taking of the plea.

**DATED** this 30th day of June, 2010.

DANIEL G. BOGDEN  
United States Attorney

/s/ Victor T. Gutierrez  
VICTOR T. GUTIERREZ, ESQ.  
Counsel for Defendant PHILLIPS, III

/s/ Christina M. Brown  
Christina M. Brown  
Assistant United States Attorney

/s/ Terrence M. Jackson  
TERRENCE M. JACKSON, ESQ.  
Counsel for Defendant PHILLIPS, III

## ORDER

**IT IS HEREBY ORDERED** that the trial in this matter currently set for July 12, 2010, at the hour of 9:00 a.m., is vacated and the same is continued and reset to ___7/27___, 2010, at the hour of _9:00_ a.m./~~p.m.~~, in Courtroom # _6D_ for taking of a plea.

**IT IS FURTHER ORDERED** that the calendar call scheduled for July 6, 2010, at 9:00 a.m. be vacated.

**DATED** this _1st_ day of July, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE