# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:09-CR-0154-KJD (RJJ) |
| DOUGLAS EDWARD PHILLIPS, III, | |
| Defendant. | |

## ORDER OF FORFEITURE

On September 14, 2010, defendant DOUGLAS EDWARD PHILLIPS, III, pled guilty to Counts One, Two, and Three of a Three-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Theft of Government Funds in violation of Title 18, United States Code, Sections 371 and 641, and in Counts Two and Three with Theft of Government Funds in violation of Title 18, United States Code, Section 641.

This Court finds that defendant DOUGLAS EDWARD PHILLIPS, III, shall pay a criminal forfeiture money judgment of $842,500.56 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DOUGLAS EDWARD PHILLIPS, III, a criminal forfeiture money judgment in the amount of $842,500.56 in United States Currency.

DATED this __27__ day of __Sept_____, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Jacqueline L. Peltier, certify that the following individuals were served with a copy of the (Proposed) Order of Forfeiture on September 22, 2010, by the below identified method of service:

E-mail/ECF

Victor T Gutierrez
905 Brickell Bay Drive
Miami, FL 33131
vtgutierrez@bellsouth.net
*Counsel for Douglas Edward Phillips, III*

Terrence M Jackson
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
Terry.Jackson.Esq@gmail.com
*Counsel for Douglas Edward Phillips, III*

/s/ Jacqueline L. Peltier
JACQUELINE L. PELTIER
Paralegal Specialist