**FILED**

JAN - 7 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8          **DISTRICT OF NEVADA**

9   UNITED STATES OF AMERICA,                    )
                                                 )
10                  Plaintiff,                    )
                                                 )
11          v.                                    )          2:09-CR-0154-KJD (RJJ)
                                                 )
12   DOUGLAS EDWARD PHILLIPS, III,               )
                                                 )
13  _____Defendant._____)

14                      **ORDER OF FORFEITURE**

15          This Court found on September 27, 2010, that DOUGLAS EDWARD PHILLIPS, III, shall

16   pay a criminal forfeiture money judgment of $842,500.56 in United States Currency, pursuant to Fed.

17   R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

18   States Code, Section 2461(c); and Title 21, United States Code, Section 853.

19          THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

20   States recover from DOUGLAS EDWARD PHILLIPS, III, a criminal forfeiture money judgment in

21   the amount of $842,500.56 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and

22   .  .  .

23   .  .  .

24   .  .  .

25   .  .  .

26   .  .  .

(B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this ___7___ day of __January__, 2011.


_____
UNITED STATES DISTRICT JUDGE